IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. *O:24-97* |
| | ) | 18 U.S.C. § 1703(a) |
| v. | ) | |
| | ) | |
| VANESSA IANTORNO | ) | |
| ALLYSON URBONT | ) | **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That from in or around February of 2023 through April of 2023, in the District of South Carolina, the defendant, ALLYSON URBONT, while being a Postal Service officer and employee did unlawfully secrete, destroy, detain, delay and open letters, postal cards, packages, bags, and mail entrusted to her and which came into her possession and which were intended to be conveyed by mail and carried and delivered by any carrier and other employee of the Postal Service, and forwarded to and delivered from any post office and station thereof established by authority of the Postmaster General and the Postal Service;

In violation of Title 18, United States Code, Section 1703(a).

<u>COUNT 2</u>

THE GRAND JURY FURTHER CHARGES:

That on or about April 11, 2023, in the District of South Carolina, the defendant, VANESSA IANTORNO, while being a Postal Service officer and employee did unlawfully secrete, destroy, detain, delay and open letters, postal cards, packages, bags, and mail entrusted to her and which came into her possession and which were intended to be conveyed by mail and carried and delivered by any carrier and other employee of the Postal Service, and forwarded to and delivered from any post office and station thereof established by authority of the Postmaster General and the Postal Service;

In violation of Title 18, United States Code, Section 1703(a).



A ___True___ BILL

████████████████████████████████
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY: _____
John C. Potterfield, ID No. 6472
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone:   (803) 929-3000
Facsimile:   (803) 254-2943
Email:   john.potterfield@usdoj.gov