RECORD OF GRAND JURY BALLOT

C/R  0:24-97

UNITED STATES OF AMERICA v. VANESSA IANTORNO, ALLYSON URBONT

(SEALED UNTIL FURTHER ORDER OF THE COURT)